FILED
2016 Nov-16 AM 07:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **WINZEY LAURENCIN,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | **4:16-cv-00582-AKK-SGC** |
| **SCOTT HASSELL, Warden,** *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on October 28, 2016, recommending that this court grant Laurencin's petition for a writ of habeas corpus under an order of supervision. Doc. 13. The magistrate judge advised the parties of their right to file specific written objections within fourteen days, *id.* at 11, but no party filed objections within the allotted time period.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the magistrate judge's report is due to be **ADOPTED**, and the recommendation **ACCEPTED**. Consequently, the petition for a writ of habeas corpus is due to be **GRANTED**. The court will contemporaneously enter an order of final judgment in accordance with the foregoing.

**DONE** the 15th day of November, 2016.

                                                                          **ABDUL K. KALLON**
                                                      UNITED STATES DISTRICT JUDGE

2