# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| WINZEY LAURENCIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | 4:16-cv-00582-AKK-SGC |
| SCOTT HASSELL, Warden, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith, doc. 16, and with Federal Rule of Civil Procedure 58, the court **ORDERS** that the petition for a writ of habeas corpus, doc. 3, is **GRANTED**.

**DONE** the 15th day of November, 2016.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE